UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ANGEL DIAZ, MIGUEL GARCIA VILLEGAS, and SERVANDO GARCIA VILLEGAS, individually and on behalf of others similarly situated,

                *Plaintiffs*,

-against-

EXQUISITO RESTAURANT INC. (D/B/A EXQUISITO RESTAURANT) and ARGENEDIS NUNEZ

                *Defendants*,

-----------------------------------------------------------X

Index No.: 22-CV-06802

**NOTICE OF PLAINTIFFS' ACCEPTANCE OF DEFENDANTS' OFFERS OF JUDGMENT PURSUANT TO F.R.C.P. RULE 68**

      Plaintiffs ANGEL DIAZ, MIGUEL GARCIA VILLEGAS, and SERVANDO GARCIA VILLEGAS ("Plaintiffs"), through their undersigned counsel, hereby notify the Court that on or about September 6, 2023, said Plaintiffs accepted Defendants' Offer of Judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure. Annexed hereto are copies of, respectively, (a) said Offer of Judgment; (b) Plaintiffs' said acceptance of said Offer of Judgment; and (c) Proof of Service of said Acceptance.

Dated: September 6, 2023

                                                  _____
                                                  Ramsha Ansari, Esq.
                                                  CSM Legal, P.C.
                                                  60 East 42nd Street, Ste. 4510
                                                  New York, New York 10165
                                                  Tel: (212) 317-1200
                                                  Email: ramsha@csm-legal.com
                                                  *Attorney for Plaintiffs*