UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

ANGEL DIAZ, MIGUEL GARCIA VILLEGAS, and SERVANDO GARCIA VILLEGAS, individually and on behalf of others similarly situated,

      *Plaintiffs*,

  -against-

EXQUISITO RESTAURANT INC. (D/B/A EXQUISITO RESTAURANT) and ARGENEDIS NUNEZ,

      *Defendants*,
---------------------------------------------------------X

Index No.: 1:22-cv-06802(KAM)(MMH)

**JUDGMENT**

  WHEREAS on or about August 31, 2023, Defendants EXQUISITO RESTAURANT INC. (D/B/A EXQUISITO RESTAURANT) and ARGENEDIS NUNEZ extended to Plaintiffs ANGEL DIAZ, MIGUEL GARCIA VILLEGAS, and SERVANDO GARCIA VILLEGAS an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>Seventy-Five Thousand Dollars and Zero Cents ($75,000.00)</u>, and whereas said Plaintiffs accepted said offer on or about September 6, 2023.

  JUDGMENT is hereby entered in favor of said Plaintiffs against said Defendants in the amount of <u>Seventy-Five Thousand Dollars and Zero Cents ($75,000.00)</u>.

  Dated: Brooklyn, New York

    September 8, 2023

              BRENNA B. MAHONEY
              CLERK OF COURT

              BY:____*Jalitza Poveda*_____
                  Deputy Clerk